IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DANIELLE K. MILLER**, <br><br> Plaintiff, <br><br> vs. <br><br> **HURON CONSULTING SERVICES LLC**, a Delaware limited liability company; and **HURON CONSULTING GROUP, INC.**, a Delaware corporation, <br><br> Defendants. | Case No. 1:25-cv-11384 <br><br> Hon. April M. Perry <br><br> Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' PARTIAL MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Huron Consulting Services LLC and Huron Consulting Group, Inc. ("Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby submits this Partial Motion to Dismiss Plaintiff Danielle K. Miller's ("Plaintiff") First Amended Complaint (the "Complaint").

Defendants move to dismiss Counts V, VI, and IX in their entirety for failure to state a claim upon which relief may be granted, the Illinois Human Rights Act ("IHRA") claims in Counts I, III, and VIII, and the Title VII of the Civil Rights Act of 1964 ("Title VII") claims in Counts V and IX for failure to exhaust administrative remedies, and all allegations underlying the Title VII and IHRA claims which predate August 3, 2023 as time-barred, including Paragraphs 26, 28-38, 40-47, 49-71, 82-83, 97-98, 104-05, 125-31, 164-70, 223-24, 238-50, and 254 of the Complaint. Supporting facts, arguments, and authority are set forth in Defendants' Memorandum of Law in Support, all of which are hereby incorporated by reference.

WHEREFORE, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Huron Consulting Services LLC and Huron Consulting Group, Inc. respectfully request that this Court grant their Motion and dismiss Counts V, VI, and IX in their entirety; the IHRA claims in Counts I, III, and VIII and the Title VII claims in Counts V and IX, and all allegations underlying the Title VII and IHRA claims which predate August 3, 2023.

Dated: January 5, 2026

Respectfully submitted,

**HURON CONSULTING SERVICES LLC and HURON CONSULTING GROUP, INC.**

*/s/ John A. Ybarra*
John A. Ybarra, Bar No. 06196983
jybarra@littler.com
Kathleen E. Okon, Bar No. 6339463
kokon@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone:  312.372.5520
Facsimile:  312.372.7880

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Kathleen E. Okon, an attorney, hereby certify that, on January 5, 2026, I caused a copy of the foregoing ***Defendants' Partial Motion to Dismiss Plaintiff's First Amended Complaint*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

> Abigail Schmitz
> A SCHMITZ LAW
> 211 W. Wacker Dr., Ste. 211B
> Chicago, IL 60606
> abigail@aschmitzlaw.com

*/s/ Kathleen E. Okon*
Kathleen E. Okon
